# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MAHDI BAYAT,** | ) |
|       **Plaintiff,** | )     8:11CV77 |
| v. | )     **ORDER** |
| **CREIGHTON UNIVERSITY and** | ) |
| **MICHAEL KELLEY,** | ) |
|       **Defendants.** | ) |

This matter is before the court on the motion of James R. Welsh (Filing No. 22) to withdraw as counsel for the plaintiff Mahdi Bayat.  The movant states there is a lack of communication with Mr. Bayat and a disagreement on the terms of representation.  The movant served a copy of the motion on Mr. Bayat.  See Filing No. 22.  The court allowed the plaintiff an opportunity to respond to counsel's motion and/or obtain substitute counsel.  See Filing No. 23.  The plaintiff did not file any response or objection.  The court finds good cause exists to allow Mr. Welsh to withdraw as counsel for the plaintiff.  Accordingly,

**IT IS ORDERED:**

1. James R. Welsh's motion to withdraw (Filing No. 22) is granted.

2. Mahdi Bayat is hereby considered proceeding *pro se* and counsel for the defendants may communicate with the plaintiff directly regarding this case.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2008-15.

4. The Clerk of Court shall send a copy of this order to the plaintiff at his last known address:

      Mahdi Bayat
      7 via Paraiso E
      Tiburon, CA 94920

DATED this 29th day of February, 2012.

      BY THE COURT:

      s/ Thomas D. Thalken
      United States Magistrate Judge