# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAHDI BAYAT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV77 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CREIGHTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED** that defendants' Motion to Strike (Filing No. 52) is granted. The defendants' Notice to Take Deposition of Mahdi Bayat (Filing No. 51) is hereby stricken from the record.

Dated this 4th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge