IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAHDI BAYAT,<br><br>               Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY, MICHAEL KELLEY, Ph.D., Individually and as Senior Director of Counseling Services;<br><br>               Defendants. | 8:11CV77<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  The court is a member of the Creighton University School of Law Advisory Board which has engaged in fiscal recommendations to the University.  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      SO ORDERED.

      Dated this 6th day of September, 2012.

                                                              BY THE COURT:

                                                              s/ Joseph F. Bataillon
                                                              United States District Judge