## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MAHDI BAYAT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV77** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **CREIGHTON UNIVERSITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice given to the magistrate judge on October 18, 2012, that this case will be voluntarily dismissed;

**IT IS ORDERED that:**

1.      **On or before November 19, 2012**, the parties shall electronically file a joint motion to voluntarily dismiss the case (or other dispositive stipulation) and shall submit to the Honorable John M. Gerrard, at *gerrard@ned.uscourts.gov*, a draft order which will fully dispose of the case.  The motion shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 19th day of October, 2012.

BY THE COURT:


 s/ Thomas D. Thalken
United States Magistrate Judge