IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAHDI BAYAT, | ) CASE NO. 8:11-cv-00077 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **STIPULATION FOR DISMISSAL** |
| MICHAEL KELLEY, Ph.D., Individually and as Senior Director of Counseling Services, Creighton University, | ) |
| Defendants. | ) |

Come now the parties hereto and agree and stipulate to dismissal of the within cause of action with prejudice to the bringing of a new action, each party to pay the costs heretofore incurred by each.

SIGNED this 19th day of October, 2012.

MAHDI BAYAT, Plaintiff

By  /s/ Robert R. Duncan
**Robert R. Duncan, #6277407**
DUNCAN LAW GROUP, LLC
22 W. Washington Street
Suite 1500
Chicago, IL 60602
312-262-5841
rrd@duncanlawgroup.com

MICHAEL KELLEY, Ph.D., Individually and as Senior Director of Counseling Services, Creighton University, Defendants

By:  /s/ Joseph S. Daly
**Joseph S. Daly, #10896**
SODORO, DALY & SODORO, P.C.
7000 Spring Street
Omaha, NE 68106
(402) 397-6200
jdaly@sodorolaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of October, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that the below listed parties are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

    Robert R. Duncan
    DUNCAN LAW GROUP, LLC
    22 W. Washington Street
    Suite 1500
    Chicago, IL 60602

    /s/ Joseph S. Daly

00039/0022536/00274867