IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAHDI BAYAT,<br><br>                Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY and<br>MICHAEL KELLEY, PH.D.,<br>Individually and as Senior Director of<br>Counseling Services,<br><br>                Defendants. | 8:11-CV-77<br><br><br>JUDGMENT |

   Upon the parties' joint Stipulation for Dismissal (filing 63), this matter is dismissed with prejudice, the parties to bear their own costs.

   Dated this 19th day of October, 2012.

                                        BY THE COURT:

                                        */s/ John M. Gerrard*
                                        John M. Gerrard
                                        United States District Judge